**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SOULARD PLACE LLC, | ) | |
| D/B/A EMBER MENTAL WELLNESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 4:26-cv-00942 |
| v. | ) | |
| | ) | |
| MICHAEL DIMARCO, | ) | |
| | ) | Removed from Circuit Court of |
| Defendant. | ) | City of St. Louis, Missouri |
| | ) | Case No. 2622-CC01153 |

**NOTICE OF REMOVAL**

Defendant Michael DiMarco ("Defendant"), hereby gives notice of his removal of the above-styled action, from the Circuit Court of the City of St. Louis, State of Missouri, to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446. In support of his Notice, Defendant states as follows:

1.      The above-styled lawsuit is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

2.      On May 12, 2026, Plaintiff Soulard Place LLC ("Plaintiff") filed a Petition for Fraudulent Misrepresentation and Negligent Misrepresentation (the "Complaint") in the Circuit Court of the City of St. Louis, State of Missouri, against Defendant. No other defendants have been named or served in this lawsuit.

3.      Defendant was served with the Complaint on May 14, 2026. The documents attached hereto as Exhibit 1 constitute all process, pleadings, and orders served on Defendant on May 14, 2026.  28 U.S.C. § 1446(a).

4.      In the Complaint, Plaintiff alleges that it "is a Missouri limited liability company with its principal and single place of business on Hampton Avenue in the City of St. Louis, State of Missouri." (Compl. ¶ 1.) Plaintiff further alleges that its "owner, managing member, and primary shareholder" is "Joseph Schlichter (resident of the City of St. Louis)." (*Id.* ¶ 28.) Based Plaintiff's allegations and based upon Defendant's reasonable investigation, Joseph Schlichter is the sole member of Plaintiff and is domiciled in Missouri. Thus, Plaintiff is a citizen of Missouri.

5.      Defendant is a citizen of Florida. "To establish domicile, an individual must both be physically present in the state and have the intent to make his home there indefinitely." *Wagstaff & Cartmell, LLP v. Lewis*, 40 F.4th 830, 839 (8th Cir. 2022). Relevant factors include "exercise of civil and political rights, payment of taxes, obtaining of licenses, location of business or occupation, and ownership of property." *Id.* at 839–40. Defendant's primary residence is in Florida. Defendant has lived in Florida since 2021, he owns real property in Florida, he is registered to vote in Florida, has a Florida driver's license, has motor vehicles registered in Florida, and pays taxes in Florida. He intends to make his home in Florida indefinitely. Accordingly, Defendant is a citizen of Florida.

6.      Because Plaintiff is a citizen of Missouri and Defendant is a citizen of Florida, complete diversity of citizenship exists.

7.      The amount in controversy exceeds $75,000. "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014).

8.     The Complaint alleges claims for Fraudulent Misrepresentation and Negligent Misrepresentation and seeks damages for each claim "in an amount exceeding $25,000.00, including punitive damages." (Compl. ¶¶ 50–67.) The Complaint alleges that Plaintiff "incurr[ed] substantial additional losses" by relying on Defendant's alleged February 2025 representations and by "continu[ing] to operate under the franchise agreement and pay franchise fees to Ellie until June 30, 2025." (*Id.* ¶ 66.) The Complaint further alleges that "ongoing problems" with "shared services" offered by Ellie Fam LLC, the franchisor of the mental health clinic operated by Plaintiff, "precluded profitability and threatened to bankrupt Plaintiff's business" within two months of February 2025. (*Id.* ¶ 30.) Plaintiff also alleged in an arbitration filing concerning the same subject matter as the allegations in the Complaint that its principal, Mr. Schlichter, "incurred over $400,000 in debt to keep [Plaintiff's clinic's] operations running."

9.     Although Defendant denies all liability to Plaintiff, the amount in controversy nevertheless exceeds $75,000 given the damages sought by Plaintiff. This Court therefore has diversity jurisdiction pursuant to 28 U.S.C. § 1332.

10.     Removal to the United States District Court for the Eastern District of Missouri is proper because the Complaint was filed in the Circuit Court of the City of St. Louis, State of Missouri, which is located within the jurisdiction of this District.  28 U.S.C. §§ 1446(a); 1441(a).

11.     This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b) because it is filed within 30 days of Defendant's receipt of the Complaint on May 14, 2026.

12.     Defendant reserves the right to amend or supplement this Notice of Removal.

13.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served this day upon Plaintiff and filed with the Clerk of the Circuit Court of St. Louis County, Missouri.  A copy of the notice to Plaintiff will be simultaneously filed in this case.

14.    28 U.S.C. § 1446(b)(2) permits removal only if "all defendants who have been properly joined and served" consent to removal. This requirement does not apply because there is only one defendant, which is filing for removal.

**WHEREFORE,** Defendant hereby gives notice that the above-captioned state court action has been removed to the United States District Court for the Eastern District of Missouri.

Dated: June 12, 2026

Respectfully submitted,

UB GREENSFELDER LLP

By ____ */s/ Abby L. Risner* _____
Abby L. Risner, MO #57999
arisner@ubglaw.com
10 South Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
Fax: (314) 241-4245

*Attorneys for Defendant Michael DiMarco*

By ____ */s/ James M. Susag* _____
James M. Susag (MN #261038)*
Sarah D. Greening (MN #0401238)*
Silas J. Petersen (MN #0504555)*
Larkin Hoffman Daly & Lindgren Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437-1060
(952) 896-3325
jsusag@larkinhoffman.com
sgreening@larkinhoffman.com
spetersen@larkinhoffman.com
*Pro Hac Vice Forthcoming

*Attorneys for Defendant Michael DiMarco*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this June 12, 2026, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and by email upon all counsel of record.

**SCHLICHTER BOGARD LLC**
Charles W. Armbruster III
Jonathan S. Jones
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
carmbruster@uselaws.com
jjones@uselaws.com

*Attorneys for Plaintiff*

*/s/ Abby L. Risner*
