**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SOULARD PLACE LLC | ) | |
| D/B/A EMBER MENTAL WELLNESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.:  4:26-cv-00942-ZMB |
| v. | ) | |
| | ) | |
| MICHAEL DIMARCO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court and

counsel that Sarah D. Greening, currently listed as counsel of record hereby withdraws as

counsel.  Attorneys and Abby L. Risner, James M. Susag, Silas J. Petersen, and Gregory D. Lee

II of will remain as counsel of record for Defendant.

Respectfully submitted,

UB GREENSFELDER LLP
Abby L. Risner, MO #57999
arisner@ubglaw.com
10 South Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 241-9090
Fax: (314) 241-4245

2.

Dated: July 24, 2026

*s/Sarah D. Greening*

James M. Susag (MN #261038)
Sarah D. Greening (MN #0401238)
Silas J. Petersen (MN #0504555)
Gregory D. Lee II (MN #0504757)
Larkin Hoffman Daly & Lindgren Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437-1060
(952) 896-3325
jsusag@larkinhoffman.com
sgreening@larkinhoffman.com
spetersen@larkinhoffman.com
glee@larkinhoffman.com

*Attorneys for Defendant Michael DiMarco*

4929-4120-7999, v. 1